**Opinion filed August 5, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00099-CV

_____

**JOHNNY LYNN EDWARDS, Appellant**

**V.**

**SPECIAL PROSECUTION UNIT,**
**TEXAS DEPARTMENT OF CRIMINAL JUSTICE ET AL, Appellees**

**On Appeal from the 349th District Court**

**Anderson County, Texas**

**Trial Court Cause No. 349-6467**

### M E M O R A N D U M   O P I N I O N

The trial court dismissed Johnny Lynn Edwards's suit as frivolous. Edwards appealed. We dismiss the appeal for want of prosecution.

Edwards's brief was originally due to be filed on or before May 3, 2010. On our own motion, this court extended the due date twice. In our letter dated June 2, 2010, Edwards was notified that failure to file his brief by July 2, 2010, could result in the dismissal of his appeal for want of prosecution. There has been no response to our June 2 letter.

Therefore, the appeal is dismissed.

August 5, 2010                                          PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.